Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

La Molisana SpA

                                          **Plaintiff,**

    **v.**

**UNITED STATES,**

                                          **Defendant.**

**S U M M O N S**
**Court No. 26-2704**

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.    La Molisana SpA, Exporter, Producer and Importer of Subject Merchandise
      (Name and standing of plaintiff)

2.    Antidumping Duty Review Determination for the period of 7/1/2023 - 6/30/2024 as
      published Certain Pasta From Italy: Final Results of Antidumping Duty Administrative
      Review; 2023-2024, 91 Fed. Reg. 12582 (March 16, 2026)
      (Brief description of contested determination)

3.    March 12, 2026
      (Date of determination)

4.    March 16, 2026
      (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David J. Craven
Signature of Plaintiff's Attorney

April 8, 2026
                    Date

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773)709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Howard Lutnick
c/o Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444