UNITED STATES COURT OF INTERNATIONAL TRADE

PASTIFICIO LUCIO GAROFALO S.P.A.,      :

            Plaintiff,      :

     v.      :

UNITED STATES,      :

            Defendant.      :

Before: Richard K. Eaton, Judge

Court No. 26-02686

## ORDER

Upon consideration of Defendant's consent motion to consolidate, ECF No. 13, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that *Pastificio Lucio Garofalo S.p.A. v. United States*, Ct. No. 26-02686, and *La Molisana S.p.A. v. United States*, Ct. No. 26-02704, are consolidated under lead case *Pastificio Lucio Garofalo S.p.A. v. United States*, Ct. No. 26-02686; it is further

**ORDERED** that the U.S. Department of Commerce file the administrative record index within 10 days of this order; and it is further

**ORDERED** that the parties file a joint status report and proposed briefing schedule within 30 days of the filing of the administrative record index.

                           /s/ Richard K. Eaton
                                      Judge

Dated: June 1, 2026
       New York, New York